AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TODD VALENTINE

CASE NUMBER:   08 C 2172

V.

ASSIGNED JUDGE:   Judge Aspen

ABBELL CREDIT CORPORATION

DESIGNATED
MAGISTRATE JUDGE:   Magistrage Judge Schenkier

TO: (Name and address of Defendant)

Abbell Credit Corporation
30 North Michigan Avenue, Suite 1008
Chicago, IL  60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. Heaphy
Harrison & Held, LLP
333 West Wacker Drive, Suite 1700
Chicago, IL  60606

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

April 18, 2008

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4/25/08 |
| NAME OF SERVER (PRINT) JACK KING | TITLE LICENSED P.I. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): ABBELL CREDIT CORP, C/O: KATHY RAM, ADM. ASST., AUTHORIZED TO ACCEPT

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/1/08
              Date                Signature of Server

CADILLAC INVESTIGATIONS CORP.
77 W. WASHINGTON #705
CHICAGO, IL 60602

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.