IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TODD VALENTINE, an individual ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 08 C 2172 |
| ) | |
| ABBELL CREDIT CORPORATION ) | |
| ) | |
| Defendant. ) | |

**TODD VALENTINE'S ANSWER TO COUNTERCLAIM**

Plaintiff Todd Valentine ("Valentine"), by his undersigned attorneys, answers the Counterclaim of defendant Abbell Credit Corporation ("ACC") as follows:

1. Todd Valentine was assigned certain duties in his employment with Abbell. In particular, those duties included, inter alia, obtaining reimbursement from the municipality in which WVSC was located (Toledo, Ohio) for sewer work Abbell caused to he performed; performing a reconciliation of common area maintenance charges to retail tenants at the Merle Hay Mall; and supervising the reconstruction of the Shopping Center.

**RESPONSE:** Valentine admits that he had certain duties in connection with his employment with ACC. Valentine further admits that those duties included pursuing reimbursement from the municipality in which WVSC was located for sewer work performed on behalf of ACC and for overseeing the professionals, consultants and independent contractors responsible for the reconstruction of the shopping center. Valentine denies the remaining allegations contained in this paragraph.

2. Mr. Valentine either failed to perform altogether those duties or otherwise did not adequately perform same, thus causing damages to Abbell.

**RESPONSE:** Denied.

      3.      The damages to Abbell consist of the value of lost services of those who had to perform the duties that Mr. Valentine did not perform; further, due to Mr. Valentine's failure to properly supervise the reconstruction of the Shopping Center Abbell has incurred expenses and damages. Abbell continues to face an exposure to damages arising from defective construction at the Shopping Center.

**RESPONSE:** Denied.

WHEREFORE, Mr. Valentine requests that this Court enter a judgment in favor of Mr. Valentine and against ACC on ACC's Counterclaim and awarding Mr. Valentine his costs and such other relief as this Court deems just.

                                    Respectfully submitted,
                                      TODD VALENTINE

                                  By:    /S/ John M. Heaphy
                                             One of his Attorneys

John M. Heaphy
George N. Vurdelja, Jr.
Harrison & Held
333 W. Wacker Drive, Suite 1700
Chicago, IL  60606
(312) 753-6160