**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Todd Valentine
                       Plaintiff,

v.                                              Case No.: 1:08−cv−02172
                                                  Honorable Marvin E. Aspen

Abbell Credit Corporation
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

     MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 6/19/2008, and continued to 8/21/2008 at 10:30 AM., for report on settlement. If the case is not settled, parties are to file with the Court, in advance of the status, a joint discovery plan, with a courtesy copy to Chambers, Room 2578. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.