IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TODD VALENTINE, an individual | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.  08 C 2172 |
| | ) | |
| ABBELL CREDIT CORPORATION | ) | Judge Aspen |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:    Renee C. Choy
       Kevin R. Sido
       Hinshaw & Culbertson
       222 N. LaSalle St., Suite 300
       Chicago, IL  60601

Please take notice that on August 20, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following document, a copy of which is hereby served upon you:  JOINT DISCOVERY PLAN.

By: /S/ John M. Heaphy

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the aforementioned document to the above-listed addressee at the address indicated above on August 20, 2008, before the hour of 4:00 p.m., by filing electronically with the United States District Court for the Northern District of Illinois, Eastern Division.

/S/John M. Heaphy

George N. Vurdelja, Jr.
John M. Heaphy
Harrison & Held
333 W. Wacker Drive, Suite 1700
Chicago, IL  60606
(312) 753-6161