UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Todd Valentine

                Plaintiff,

v.                                               Case No.: 1:08–cv–02172
                                                    Honorable Marvin E. Aspen

Abbell Credit Corporation

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 8/21/2008, and continued to 4/2/09 at 10:30 a.m. All Discovery, including expert discovery, ordered closed by 3/1/2009. Parties are to file a joint pretrial order in open court on 4/2/2009 at 10:30 AM.. On or before 10/1/08, the parties are to file with the court a joint letter as to the status of settlement.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.