KRSido/8880387

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TODD VALENTINE, an individual | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -v- | ) No. 08 CV 2172 |
| | ) |
| ABBELL CREDIT CORPORATION, | ) Judge Aspen |
| | ) Magistrate Judge Schenkier |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

To:  John M. Heaphy
　　 George N. Vurdelja, Jr.
　　 Harrison & Held
　　 333 West Wacker Drive
　　 Suite 1700
　　 Chicago, Illinois 60606

The undersigned being first duly sworn upon oath deposes and states that on August 28, 2008, the above and foregoing Rule 26(a) Disclosures was served via email and by mailing a copy of same to the above named party at his respective address and depositing the same in the U.S. Mail at 222 North LaSalle Street, Chicago, Illinois, with proper postage prepaid.

　　　　　　　　　　　　　　　　　　　　　/S/ Kevin R. Sido
　　　　　　　　　　　　　　　　　　　　　Kevin R. Sido
　　　　　　　　　　　　　　　　　　　　　Hinshaw & Culbertson, LLP
　　　　　　　　　　　　　　　　　　　　　222 North LaSalle, Suite 300
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　　(312) 704-3000
　　　　　　　　　　　　　　　　　　　　　ksido@hinshawlaw.com

6356514v1 880387 65991